IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Clyde John Karcheski<br>　　　Debtor, | BANKRUPTCY CASE NUMBER<br>5:24-bk-01472-MJC |
| Carrington Mortgage Services, LLC<br>　　　Movant.<br>v. | CHAPTER 13 |
| Clyde John Karcheski<br>　　　Debtor/Respondent, | |
| Jack N Zaharopoulos, Trustee<br>　　　Additional Respondent. | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Carrington Mortgage Services, LLC, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

Respectfully submitted,

Dated: June 17, 2024　　　　　　　　　　BY:/s/ Christopher A. DeNardo
　　　　　　　　　　　　　　　　　　　　Christopher A. DeNardo, 78447
　　　　　　　　　　　　　　　　　　　　Heather Riloff, 309906
　　　　　　　　　　　　　　　　　　　　Leslie J. Rase, 58365
　　　　　　　　　　　　　　　　　　　　LOGS Legal Group LLP
　　　　　　　　　　　　　　　　　　　　985 Old Eagle School Road, Suite 514
　　　　　　　　　　　　　　　　　　　　Wayne, PA 19087
　　　　　　　　　　　　　　　　　　　　(610) 278-6800
　　　　　　　　　　　　　　　　　　　　logsecf@logs.com

LLG File #: 23-069259

<pre>
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
</pre>

| | |
|---|---|
| IN RE: Clyde John Karcheski<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>5:24-bk-01472-MJC |
| Carrington Mortgage Services, LLC<br>    Movant.<br>v.<br><br>Clyde John Karcheski<br>    Debtor/Respondent,<br><br>Jack N Zaharopoulos, Trustee<br>    Additional Respondent. | CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

    I, Christopher A. DeNardo, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this 17th day of June, 2024:

Clyde John Karcheski
42 Knox St
Hanover Township, PA 18706-4126

Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
mail@cibiklaw.com - VIA ECF

Jack N Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036 - VIA ECF


    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Christopher A. DeNardo
Christopher A. DeNardo, 78447
Heather Riloff, 309906
Leslie J. Rase, 58365
LOGS Legal Group LLP
985 Old Eagle School Road, Suite 514
Wayne, PA 19087
(610) 278-6800
logsecf@logs.com