In re:                                          Case No. 24-01472

    Clyde John Karcheski,                       Chapter 13

                    Debtor.

**Debtor's Motion to Extend Time
to File Schedules, Statements, and Other Documents**

   **AND NOW**, Debtor Clyde John Karcheski, by and through their attorney, moves this Court to extend time to file schedules, statements, and other documents. In support of this motion, the Debtor states as follows:

   1.  The Debtor filed this case under chapter 13 on June 12, 2024.

   2.  The schedules, statements, and other documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") were not filed with the petition, and the Court ordered that they be filed on or before July 10, 2024. ECF No. 16.

   3.  A debtor may request an extension of time to file the Schedules upon motion and for cause shown. 11 U.S.C. §521(i)(3); Fed. R. Bankr. P. 1007(c).

   4.  The Debtor is still gathering some of the information required by Counsel to prepare the Schedules and needs extra time to do so.

   5.   The Debtor requests an extension to file the Schedules on or before July 24, 2024.

   **NOW, THEREFORE**, the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in their favor as may be necessary and proper under the law.


Date: July 10, 2024                    CIBIK LAW, P.C.
                                       *Counsel for Debtor*

                                       By: /s/ Michael A. Cibik
                                       Michael A. Cibik (#23110)
                                       1500 Walnut Street, Suite 900
                                       Philadelphia, PA 19102
                                       215-735-1060
                                       mail@cibiklaw.com


**Certificate of Service**

   I certify that on this date I caused a true and correct copy of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents to be served on all parties on the clerk's service list through the CM/ECF system.

Date: July 10, 2024                    /s/ Michael A. Cibik
                                       Michael A. Cibik