UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Clyde John Karcheski, | : | Case No. 5:24-bk-01472-MJC |
| | : | |
| Debtor | : | |
| | : | |

# **O R D E R**

Upon consideration of the Debtor's Second Motion to Extend Time to File Schedules, Statements and Other Documents, Dkt. # 14 ("Motion"), it is hereby **ORDERED** that:

1. Subject to Paragraphs 3-4 below, the Motion is **GRANTED** and the deadline for filing the Schedules, Statements, and other documents required by the rules of court is **EXTENDED** to **July 24, 2024**.

2. **NO FURTHER EXTENSIONS WILL BE GRANTED. If the required schedules, statements and other documents are not timely filed, this case may be DISMISSED without further notice or hearing.**

3. This extension of time is **CONDITIONED** on the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed **on or before September 18, 2024.**

4. Within three (3) business days of the date hereof, **DEBTOR'S COUNSEL SHALL SERVE THIS ORDER** on all creditors and parties in interest and file a certification of service.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 16, 2024