United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Clyde John Karcheski  
    Debtor

Case No. 24-01472-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Jul 19, 2024     Form ID: ntnew341     Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Clyde John Karcheski, 42 Knox St, Hanover Twp, PA 18706-4126 |
| 5623968 | + | Choice Cu, Po Box 1205, Wilkes Barre, PA 18703-1205 |
| 5623972 | + | Hanover Area School District, Attn: Bankruptcy, 1600 Sans Souci Pkwy, Hanover Twp, PA 18706-6091 |
| 5623973 | | Hanover Township Tax Collector, Attn: Bankruptcy, 1267 Sans Souci Pkwy, Hanover Twp, PA 18706-5273 |
| 5623975 | + | Luzerne County Tax Claim Bureau, c/o Elite Revenue Solutions, 200 North River Street, Wilkes Barre, PA 18711-1004 |
| 5623976 | | Martha E. Von Rosenstiel, P.C., Attn: Bankruptcy, 649 South Ave Unit 7, Secane, PA 19018-3541 |
| 5623981 | | U.S. Attorney, Middle District of Pa., 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |
| 5623983 | | UGI Utilities Inc., 460 N Gulph Rd, Kng of Prussa, PA 19406-2815 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5623967 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 19 2024 18:34:00 | Carrington Mortgage Services, Attn: Bankruptcy, 1600 S Douglass Rd Ste 200a, Anaheim, CA 92806-5948 |
| 5626930 | | Email/Text: BKBCNMAIL@carringtonms.com | Jul 19 2024 18:34:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 5623965 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jul 19 2024 18:34:51 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 5623966 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 19 2024 18:39:51 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5623969 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 19 2024 18:35:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5623970 | + | Email/Text: bnc-bluestem@quantum3group.com | Jul 20 2024 06:56:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5623971 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 19 2024 18:50:45 | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5623974 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 19 2024 18:34:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5624692 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2024 18:39:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5623977 | | Email/Text: fesbank@attorneygeneral.gov | Jul 19 2024 18:34:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 5623980 | ^ | MEBN | Jul 19 2024 18:34:31 | PPL Electric Utilities, Attn: Bankruptcy, 2 N 9th St, Allentown, PA 18101-1139 |
| 5623978 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 19 2024 18:34:00 | Pennsylvania Department of Revenue, Bankruptcy |

| | | | | |
|---|---|---|---|---|
| | | | | Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 5623979 | | ^ MEBN | Jul 19 2024 18:34:12 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 5623982 | | ^ MEBN | Jul 19 2024 18:33:46 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 5626686 | | Email/Text: bkrcy@ugi.com | Jul 19 2024 18:35:00 | UGI Utilities, Inc., PO Box 13009, Reading, PA 19612 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2024         Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor Carrington Mortgage Services  LLC logsecf@logs.com, cistewart@logs.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 Clyde John Karcheski help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| Clyde John Karcheski, | Chapter | 13 |
|---|---|---|
| **Debtor 1** | Case No. | 5:24−bk−01472−MJC |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: September 9, 2024<br><br>Time: 08:30 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 19, 2024 |

ntnew341 (09/23)